UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

June Pamela Gordy #142553

Case No. 15-mc-80096-JD

**ORDER OF SUSPENSION**

Because June Pamela Gordy has failed to respond to the Order to Show Cause, June Pamela Gordy's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 26, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF<br><br>June Pamela Gordy #142553 | Case No.  15-mc-80096-JD<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/26/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

June Pamela Gordy
2443 Fillmore Street
Suite 199
San Francisco, CA 94115

Dated: 5/26/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable James Donato